The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON A. LEE, II, ) | |
| ) | No. C12-1948-RSL |
| Plaintiff, ) | |
| ) | ORDER GRANTING DEFENDANTS' |
| vs. ) | MOTION TO DISMISS UNDER FRCP |
| ) | 12(b) |
| THE CITY OF SEATTLE POLICE ) | |
| DEPARTMENT, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter comes before the court on the motion of defendants City of SeaTac, Brian Taylor and Joel Banks to dismiss plaintiff's action, pursuant to Fed. R. Civ. P. 12(b), for naming new defendants outside the statute of limitations and for failure to state a claim upon which relief can be granted.  Having considered defendants' motion, plaintiff's response (if any) and defendants' reply (if any), IT IS HEREBY ORDERED THAT defendants' motion to dismiss is GRANTED and plaintiff's lawsuit is DISMISSED with prejudice.  The parties shall bear their own costs.

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
UNDER FRCP 12(b) (C12-1948-RSL) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

1  ///

2     DATED this 18th day of February, 2014.

				*[signature]*
				Robert S. Lasnik
				United States District Judge

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
UNDER FRCP 12(b) (C12-1948-RSL) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819